JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKIE BLUE-SKY,<br>　　　　Petitioner,<br>　　v.<br>THE SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br>　　　　Respondent. | ) NO. EDCV 15-2305-R (KS)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:　April 20, 2016

　　　　　　　　　　　　　　　　　　　___
　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　UNITED STATES DISTRICT JUDGE